Fill in this information to identify your case:

United States Bankruptcy Court for the:

DISTRICT OF ARIZONA

Case number *(if known)* _____ Chapter __11__

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy       4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **ZHRO POWER, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 30-0808050 |

**4.   Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **7030 W. Oakland St., #101** **Chandler, AZ 85226** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Maricopa** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

**5.   Debtor's website** (URL)   _____

**6.   Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Case 2:19-bk-11768-MCW    Doc 1    Filed 09/16/19    Entered 09/16/19 11:13:46    Desc
Main Document      Page 1 of 26

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

     ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

___

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

___

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

☒ Yes.

| | | | | | |
|---|---|---|---|---|---|
| Debtor | See Attachment | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

___

Case 2:19-bk-11768-MCW    Doc 1    Filed 09/16/19    Entered 09/16/19 11:13:46    Desc
Main Document     Page 2 of 26

Debtor  **ZHRO POWER, LLC**        Case number (*if known*) _____
_____
Name

| 11. | Why is the case filed in *this district*? | *Check all that apply:* |
|---|---|---|

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ■ No<br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
|---|---|---|

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

     What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

                     Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

           Contact name _____

           Phone _____

---

### ▨ Statistical and administrative information

| 13. | Debtor's estimation of available funds | *Check one:* |
|---|---|---|

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

| 14. | Estimated number of creditors | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |
|---|---|---|---|---|

---

| 15. | Estimated Assets | ■ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

---

| 16. | Estimated liabilities | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>■ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

Case 2:19-bk-11768-MCW    Doc 1    Filed 09/16/19    Entered 09/16/19 11:13:46    Desc
Main Document     Page 3 of 26

| Debtor | ZHRO POWER, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  *9-16-19*
MM / DD / YYYY

X _____
Signature of authorized representative of debtor

**Terry Kennon**
Printed name

_____
Email Address of debtor

Title  **President**

---

**18. Signature of attorney**   X _____
Signature of attorney for debtor

Date  *9/16/2019*
MM / DD / YYYY

**Michael Carmel 007356**
Printed name

**Michael W. Carmel, Ltd.**
Firm name

**80 E. Columbus Ave.**
**Phoenix, AZ 85012**
Number, Street, City, State & ZIP Code

Contact phone  **602-264-4965**      Email address  **michael@mcarmellaw.com**

**007356 AZ**
Bar number and State

Debtor    **ZHRO POWER, LLC**          Case number *(if known)* _____
_____
          Name

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF ARIZONA
_____

Case number *(if known)* _____    Chapter    **11**

☐  Check if this an
   amended filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | |
|---|---|---|---|---|
| Debtor | **Advanced Green Innovations** | | Relationship to you | **Affiliate** |
| District | **Arizona** | When | Case number, if known | |
| Debtor | **ZHRO Solutions, LLC** | | Relationship to you | **Affiliate** |
| District | **Arizona** | When | Case number, if known | |

Case 2:19-bk-11768-MCW    Doc 1    Filed 09/16/19    Entered 09/16/19 11:13:46    Desc
Main Document        Page 5 of 26

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **ZHRO POWER, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF ARIZONA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Green Engine Power, LLC Perry Pauley 4920 W. Electra Lane Glendale, AZ 85310 | | Distributorship Agreement Advance | Contingent Unliquidated Disputed | | | $27,200,000.00 |
| AZNM Clean Engines, LLC Brian O'Connor 9393 90th St., #102 PMB 131 Scottsdale, AZ 85258 | | Distributorship Agreement Advance | Contingent Unliquidated Disputed | | | $9,875,000.00 |
| Blue Terra Solutions, Inc. Chris Kutschera 5705 Upper Booth Rd. North Kelowana BC V1X 7V7 CANADA | | Distributorship Agreement Advance | Contingent Unliquidated Disputed | | | $7,282,334.00 |
| Dwight Keller Distributed Power Solutions-Dakotas, LLP 8924 E. Pinnacle Pead Rd., #G-5-653 Scottsdale, AZ 85255 | | Loan | Contingent Unliquidated Disputed | | | $5,000,000.00 |
| Dakota Power, LLC Dwight Keller 8924 E. Pinnacle Peak Rd. #G5-653 Scottsdale, AZ 85255 | | Distributorship Agreement Advance | Contingent Unliquidated Disputed | | | $2,666,423.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Pure Power Financial II, LLC Series A Tom Niccoli 3104 E. Camelback Rd., S-923 Phoenix, AZ 85016 | | Loan emergency AHC Loan | Contingent Unliquidated Disputed | | | $2,056,250.00 |
| Warren Power & Machinery, Inc., dba Warr John Wantland 10000 W 1-20 Midland, TX 79706 | | Equipment Rental | | | | $1,315,777.03 |
| Advanced Green Power Solutions of the We Mark Killpack 17430 Campbell Rd., #230 Dallas, TX 75252 | | Distributorship Agreement Advance | Contingent Unliquidated Disputed | | | $1,300,000.00 |
| Salk Management Group, Inc. Rob Salk 8 Jessup Ave. Red Deer Alberta T4P 3X1 CANADA | | Loan | Contingent Unliquidated Disputed | | | $1,000,000.00 |
| Rosow, Paul 7868 E. Santa Catalina Dr. Scottsdale, AZ 85255 | | Litigation | Contingent Unliquidated Disputed | | | $600,000.00 |
| Michigan Pure Power, LLC Thomas Niccoli 3104 E. Camelback Rd., #923 Phoenix, AZ 85016 | | Distributorship Agreement Advance | Contingent Unliquidated Disputed | | | $575,000.00 |
| GreenXPlorations, LLC Han Le 3219 E. Camelback Rd., #238 Phoenix, AZ 85018 | | Distributorship Agreement Advance | Contingent Unliquidated Disputed | | | $380,000.00 |
| Oklahoma Pure Power Tom Niccoli 3104 E. Camelback Rd., S-923 Phoenix, AZ 85016 | | Loan advanced in anticipation of rolling it into DA Upfront fee | Contingent Unliquidated Disputed | | | $300,000.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Blue Sky Power Project, LLC Mark Williams 2901 E. Camelback Rd., #225 Phoenix, AZ 85016** | | **Distribution Agreement Advance** | **Contingent Unliquidated Disputed** | | | $250,000.00 |
| **NYMC CleanGen Solutions, LLC Theodore Claasen 2901 E. Camelback Rd., #275 Phoenix, AZ 85016** | | **Distributorship Agreement Advance** | **Contingent Unliquidated Disputed** | | | $240,000.00 |
| **Clean Power New York, LLC Don Dillon 520 Broadway #350 Santa Monica, CA 90401** | | **Distributorship Agreement Advance** | **Contingent Unliquidated Disputed** | | | $225,000.00 |
| **Andrukow Group Solutions, Inc. Greg Anrukow 14 Parkridge Dr. Camrose Alberta T4V 4X8 CANADA** | | **Loan; Convertible Note** | **Contingent Unliquidated Disputed** | | | $220,000.00 |
| **Otten Johnson Robinson Neff + Ragonetti 950 17th Street 950 17th Street Denver, CO 80202** | | **Attorney** | | | | $163,472.76 |
| **Longmate, Charles Tom Niccoli 3104 E. Camelback Rd., S-923 Phoenix, AZ 85016** | | **Loan** | **Contingent Unliquidated Disputed** | | | $150,000.00 |
| **Texas Comptroller PO Box 13528 Austin, TX 78711-3528** | | **Taxes** | | | | $143,814.95 |

# United States Bankruptcy Court
## District of Arizona

In re **ZHRO POWER, LLC**

Debtor(s)

Case No. _____

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Ameet Patel**<br>**9508 E Sierra Pinta Dr.**<br>**Scottsdale, AZ 85255** | Profits Interest | 0.02% | Profits Interest |
| **Barrington Grey** | Profits Interest | 0.01% | Profits Interest |
| **Bernard Han**<br>**5455 Landmark Place # 1004**<br>**Greenwood Village, CO 80111** | Profits Interest | 0.03% | Profits Interest |
| **Brad Rosenberg**<br>**56 Hendrick Ave.**<br>**Toronto ON M6G 3S5**<br>**CANADA** | Profits Interest | 0.01% | Profits Interest |
| **Brett Byers**<br>**310 Hillside Ave., Piedmont, CA 94611**<br>**Piedmont, CA 94611** | Profits Interest | 0.03% | Profits Interest |
| **Cleantrend Royalty Inc**<br>**5705 Upper Booth Rd North**<br>**Kelowna BC V1X 7V7**<br>**CANADA** | Profits Interest | 1.25% | Profits Interest |
| **Climate Change Investigation**<br>**12 San Rafael Ave.**<br>**Belvedere, CA 94920** | Profits Interest | 0.52% | Profits Interest |
| **Daniel D Lowe**<br>**4204 N. 18th Ave.**<br>**Phoenix, AZ 85015** | Profits Interest | 0.05% | Profits Interest |
| **Darren Farwell**<br>**PO Box 402, Scotia Plaza**<br>**40 King St West, 15th Floor**<br>**Toronto ON M5H 3Y2**<br>**CANADA** | Profits Interest | 0.03% | Profits Interest |
| **Dave H Severijn**<br>**21510 Vicky Ave.**<br>**Torrence, CA 90503** | Profits Interest | 0.01% | Profits Interest |
| **David Sorger**<br>**185 Fairlawn Ave.**<br>**Toronto ON M5M 1S9**<br>**CANADA** | Profits Interest | 0.01% | Profits Interest |

Sheet 1 of 4 in List of Equity Security Holders

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re: **ZHRO POWER, LLC**        Case No. _____

_____

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Dr. Greg Tardaguila**<br>**432 N. Paulina Ave.**<br>**Redondo Beach, CA 90277** | **Profits Interest** | **0.00%** | **Profits Interest** |
| **Fallow Family Trust**<br>**885 Los Altos Ave.**<br>**Los Altos, CA 94022** | **Profits Interest** | **0.04%** | **Profits Interest** |
| **Green Flare LLC**<br>**7047 E. Greenway Parkway, Suite 140**<br>**Scottsdale, AZ 85254** | **Profits Interest** | **0.04%** | **Profits Interest** |
| **GRIL II Limited**<br>**Burleigh Manor, Peel Rd**<br>**Douglas 1W1 5EP**<br>**ISLE OF MAN** | **Profits Interest** | **0.13%** | **Profits Interest** |
| **Gunthers Building Supplies Ltd.**<br>**2100-10 Ave. S.W.**<br>**Calgary Alberta T3C 0K5**<br>**CANADA** | **Profits Interest** | **0.09%** | **Profits Interest** |
| **Harry Kloor**<br>**507 N.W. 109th Circle**<br>**Vancouver, WA 98685** | **Profits Interest** | **0.11%** | **Profits Interest** |
| **Intrinsic Properties LLC**<br>**5 Mason Hill Road**<br>**Warren, NJ 07059** | **Profits Interest** | **0.39%** | **Profits Interest** |
| **Joe Polish Revocable Trust**<br>**5035 E. Valley Vista Way**<br>**Paradise Valley, AZ 85253** | **Profits Interest** | **0.02%** | **Profits Interest** |
| **John M Corrigan**<br>**62 Donwoods Dr.**<br>**Toronto ON M5H 3Y2**<br>**CANADA** | **Profits Interest** | **0.01%** | **Profits Interest** |
| **Karim Jamal**<br>**3133 E. Claremont**<br>**Phoenix, AZ 85016** | **Profits Interest** | **0.01%** | **Profits Interest** |
| **Mark Bennett**<br>**2100-40 King St., W.**<br>**Toronto ON M5H 3C2**<br>**CANADA** | **Profits Interest** | **0.03%** | **Profits Interest** |

List of equity security holders consists of 4 total page(s)

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re: **ZHRO POWER, LLC**                                      Case No. _____

_____
                                    Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
## (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Nagesh Kukunoor**<br>**9820 E. Thompson Peak Pkwy, #825**<br>**Scottsdale, AZ 85255** | **Profits Interest** | **0.01%** | **Profits Interest** |
| **Nasairuddin Jamal**<br>**3133 E. Claremont**<br>**Phoenix, AZ 85016** | **Profits Interest** | **0.01%** | **Profits Interest** |
| **NB Patel LLC**<br>**59 W Powell Way**<br>**Chandler, AZ 85248** | **Profits Interest** | **0.04%** | **Profits Interest** |
| **Normac Kitchens Limited**<br>**59 Glen Cameron Rd.**<br>**Thornill ON L3T 1N8**<br>**CANADA** | **Profits Interest** | **0.78%** | **Profits Interest** |
| **Perry Pauley**<br>**4920 W Electra Ln.**<br>**Glendale, AZ 85310** | **Profits Interest** | **0.26%** | **Profits Interest** |
| **Peter Empey**<br>**26840 Cedarhurst Bch Rd.**<br>**Beaverton ON L0K 1A0**<br>**CANADA** | **Profits Interest** | **0.03%** | **Profits Interest** |
| **Raymonds Capital LLC**<br>**5 Mason Hill Road**<br>**Warren, NJ 07059** | **Profits Interest** | **0.39%** | **Profits Interest** |
| **Robert D. Isom**<br>**3915 Euclid Ave.**<br>**Dallas, TX 75205** | **Profits Interest** | **0.03%** | **Profits Interest** |
| **Robert Stein**<br>**3300 Savannah Place**<br>**Vero Beach, FL 32963** | **Profits Interest** | **0.07%** | **Profits Interest** |
| **Silverblue Royalties Inc. - Kutschera**<br>**5705 Upper Booth Rd North**<br>**Kelowna BC V1X 7V7**<br>**CANADA** | **Profits Interest** | **2.02%** | **Profits Interest** |
| **Sylvie Desroches**<br>**636 Brush Grove**<br>**Aurora ON L4G 0L4**<br>**CANADA** | **Profits Interest** | **0.13%** | **Profits Interest** |

List of equity security holders consists of 4 total page(s)

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re: **ZHRO POWER, LLC** _____     Case No. _____
                                    Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
## (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Water Hill LLC<br>9820 E. Thompson Peak Pkwy, #825<br>Scottsdale, AZ 85255 | Profits Interest | 0.07% | Profits Interest |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date _9-16-19_____     Signature _____
                                    Terry Kennon

_Penalty for making a false statement of concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### District of Arizona

In re  **ZHRO POWER, LLC**

Debtor(s)

Case No.

Chapter  **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __ZHRO POWER, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

*September 16, 2019*

Date

*Michael W. Carmel*

Michael Carmel 007356

Signature of Attorney or Litigant

Counsel for  **ZHRO POWER, LLC**

Michael W. Carmel, Ltd.

80 E. Columbus Ave.
Phoenix, AZ 85012
602-264-4965
michael@mcarmellaw.com

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

## APPROVAL OF PRESIDENT OF THE MEMBER OF ZHRO POWER, LLC FOR FILING OF BANKRUPTCY PETITION

The undersigned, President of the Member of ZHRO Power, LLC, having determined that it is in the best interests of ZHRO Power, LLC to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code, hereby approve the filing of a petition under Chapter 11 of Title 11 of the United States Code on behalf of ZHRO Power, LLC;

The undersigned further authorizes Michael W. Carmel (the "Authorized Officer"), of the law firm of Law Offices of Michael W Carmel, Ltd., to execute and deliver all documents necessary to effect the filing of a Chapter 11 voluntary bankruptcy case on behalf of ZHRO Power, LLC;

The President of the Member of ZHRO Power, LLC, Terry Kennon, and the Chief Restructuring Officer, Grant Lyon, shall also appear in the bankruptcy proceedings on behalf of ZHRO Power, LLC and otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of ZHRO Power, LLC in connection with such bankruptcy case, including retention of the law firm of Law Offices of Michael W. Carmel, Ltd. to represent ZHRO Power, LLC in such bankruptcy case;

Dated: September 2019.

By its Member Advanced Green Innovations, LLC

Terry Kennon, President

## United States Bankruptcy Court
### District of Arizona

In re    **ZHRO POWER, LLC**                                     Case No.

                                      Debtor(s)            Chapter      **11**

☐ Check if this is an
Amended/Supplemental Mailing List
(Include only newly added or
changed creditors.)

# MAILING LIST DECLARATION

I, the President of the corporation named as the debtor in this case, do hereby certify, under penalty of perjury, that the

Master Mailing List, consisting of   **11**   sheet(s), is complete, correct and consistent with the debtor(s)' Schedules.

Date: _9-16-19_

**Terry Kennon/President**
Signer/Title

Date: _September 16, 2019_

Signature of Attorney
**Michael Carmel 007356
Michael W. Carmel, Ltd.
80 E. Columbus Ave.
Phoenix, AZ 85012
602-264-4965**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                      Best Case Bankruptcy

ZHRO POWER, LLC —


ADVANCED GREEN INVESTMENTS
GARY N. WILEY
5609 WINDMIER CIRCLE
DALLAS TX 75252


ADVANCED GREEN POWER SOLUTIONS OF THE WE
MARK KILLPACK
17430 CAMPBELL RD., #230
DALLAS TX 75252


AERO-SPACE SOUTHWEST
DAWN FERENCE
909 W. PINNACLE PEAK RD.
PHOENIX AZ 85027-1386


AEROCOM SPECIALTY FITTINGS INC.
DANIEL LARIVIERE
16747 BOUL HYMUS
KIRKLAND QUEBEC H9H 3L4
CANADA


AIR LIQUIDE
CHERIE COXEFF
301 SOUTH 45TH AVENUE
PHOENIX AZ 85043


ALTA MESA SERVICES LP
DIANA MEDINA
15021 KATY FREEWAY
HOUSTON TX 77094


AMEET PATEL
9508 E SIERRA PINTA DR.
SCOTTSDALE AZ 85255


AMERICAN GROUP
25 S. ARIZONA AVE
CHANDLER AZ 85225


AMERICAN GROUP
MOHAMMED BADIO (GURSTEL LAW)
6681 COUNTRY CLUB DRIVE
MINNEAPOLIS MN 55427

ZHRO POWER, LLC –


ANDRUKOW GROUP SOLUTIONS, INC.
GREG ANRUKOW
14 PARKRIDGE DR.
CAMROSE ALBERTA T4V 4X8
CANADA


AZNM CLEAN ENGINES, LLC
BRIAN O'CONNOR
9393 90TH ST., #102 PMB 131
SCOTTSDALE AZ 85258


BARRINGTON GREY


BERNARD HAN
5455 LANDMARK PLACE # 1004
GREENWOOD VILLAGE CO 80111


BLACK VIPER OILFIELD SERVICES
MARIO NEVAREZ
PO BOX 69502
ODESSA TX 79769


BLUE SKY POWER PROJECT, LLC
MARK WILLIAMS
2901 E. CAMELBACK RD., #225
PHOENIX AZ 85016


BLUE TERRA SOLUTIONS, INC.
CHRIS KUTSCHERA
5705 UPPER BOOTH RD. NORTH
KELOWANA BC V1X 7V7
CANADA


BOLD PRODUCTION SERVICES, LLC
LIEN MURRAY
10880 ALCOTT DRIVE, SUITE A
HOUSTON TX 77043


BRAD ROSENBERG
56 HENDRICK AVE.
TORONTO ON M6G 3S5
CANADA

ZHRO POWER, LLC -


BRETT BYERS
310 HILLSIDE AVE., PIEDMONT, CA 94611
PIEDMONT CA 94611


C2C RESOURCES
56 PERIMETER CENTER EAST #100
ATLANTA GA 30346


CHEMTEL, INC.
TIKILA HICKS
1305 N. FLORIDA AVE
TAMPA FL 33602


CIGNA HEALTHCARE
1700 LINCOLN ST - LOWER LEVEL 3
DENVER CO 80274


CLAYTON INDUSTRIES
JULIE KIM
17477 HURLEY STREET
CITY OF INDUSTRY CA 91744


CLEAN POWER NEW YORK, LLC
DON DILLON
520 BROADWAY #350
SANTA MONICA CA 90401


CLEAN POWER USA, LLC
LAWRENCE TREE II
3104 E. CAMELBACK RD., #611
PHOENIX AZ 85016


CLEANTREND ROYALTY INC
5705 UPPER BOOTH RD NORTH
KELOWNA BC V1X 7V7
CANADA


CLIMATE CHANGE INVESTIGATION
12 SAN RAFAEL AVE.
BELVEDERE CA 94920


DAKOTA POWER, LLC
DWIGHT KELLER
8924 E. PINNACLE PEAK RD. #G5-653
SCOTTSDALE AZ 85255

ZHRO POWER, LLC -


DANIEL D LOWE
4204 N. 18TH AVE.
PHOENIX AZ 85015


DARREN FARWELL
PO BOX 402, SCOTIA PLAZA
40 KING ST WEST, 15TH FLOOR
TORONTO ON M5H 3Y2
CANADA


DAVE H SEVERIJN
21510 VICKY AVE.
TORRENCE CA 90503


DAVID SORGER
185 FAIRLAWN AVE.
TORONTO ON M5M 1S9
CANADA


DENTONS US LLP
BOB FROHLICH
1221 AVENUE OF THE AMERICAS
NEW YORK NY 10020-1089


DONALD R. LEO & COMPANY, LTD
KAREN ANDERSON
2390 E. CAMELBACK ROAD
PHOENIX AZ 85016-3451


DR. GREG TARDAGUILA
432 N. PAULINA AVE.
REDONDO BEACH CA 90277


DWIGHT KELLER
DISTRIBUTED POWER SOLUTIONS-DAKOTAS, LLP
8924 E. PINNACLE PEAD RD., #G-5-653
SCOTTSDALE AZ 85255


ELEMENT 1 CORP.
GREG HAUGEN
63050 PLATEAU DRIVE
BEND OR 97701

ZHRO POWER, LLC –


EMERGENCY SITE PROTECTION
WARREN MOORE (M&S COLLECTION)
1210 ANTOINE DR.
HOUSTON TX 77055


ENERGY TRANSFER FUEL, LP
ROSE HUTCHINSON
800 E SONTERRA BLVD
SAN ANTONIO TX 78258


ESPY BROTHERS LLC
LOUISE ESPY
1602 W 2ND ST
PECOS TX 79772


FALLOW FAMILY TRUST
885 LOS ALTOS AVE.
LOS ALTOS CA 94022


G&A FABRICATION, LLC
LUPE GARDEA
6200 E HIGHWAY 80
MIDLAND TX 79706


GEP INVESTORS-OKLAHOMA
PERRY PAULEY
4920 W. ELECTRA LANE
GLENDALE AZ 85310


GREAT PLAINS ANALYTICAL SERVICES, INC.
AMANDA RENDA
303 WEST 3RD STREET
ELK CITY OK 73644


GREEN ENGINE POWER, LLC
PERRY PAULEY
4920 W. ELECTRA LANE
GLENDALE AZ 85310


GREEN FLARE LLC
7047 E. GREENWAY PARKWAY, SUITE 140
SCOTTSDALE AZ 85254

ZHRO POWER, LLC -


GREENXPLORATIONS, LLC
HAN LE
3219 E. CAMELBACK RD., #238
PHOENIX AZ 85018


GRIL II LIMITED
BURLEIGH MANOR, PEEL RD
DOUGLAS 1W1 5EP
ISLE OF MAN


GUNTHERS BUILDING SUPPLIES LTD.
2100-10 AVE. S.W.
CALGARY ALBERTA T3C 0K5
CANADA


HARRINGTON INDUSTRIAL PLASTICS LLC
14480 YORBA AVE.
CHINO CA 91710


HARRY KLOOR
507 N.W. 109TH CIRCLE
VANCOUVER WA 98685


HORNET SERVICE COMPANY, LLC
MICHELLE LAFLEUR
PO BOX 1029
JENNINGS LA 70546


INTRINSIC PROPERTIES LLC
5 MASON HILL ROAD
WARREN NJ 07059


ISN SOFTWARE CORPORATION
PO BOX 841808
DALLAS TX 75284-1808


J & T ENERGY SERVICES, INC.
PO BOX 7288
ODESSA TX 79788


JOE POLISH REVOCABLE TRUST
5035 E. VALLEY VISTA WAY
PARADISE VALLEY AZ 85253

ZHRO POWER, LLC -


JOHN M CORRIGAN
62 DONWOODS DR.
TORONTO ON M5H 3Y2
CANADA


KARIM JAMAL
3133 E. CLAREMONT
PHOENIX AZ 85016


KTR MANAGEMENT
JOHN TUMA
PO BOX 1419
CENTERVILLE TX 75833


LOCKE LORD LLP
DAVE FOSTER
2200 ROSS AVE., SUITE 2800
DALLAS TX 75201


LONGMATE, CHARLES
TOM NICCOLI
3104 E. CAMELBACK RD., S-923
PHOENIX AZ 85016


MANDUJANO BROTHERS
BRAD LARSON (GRAYSTONE PARTNERS)
4955 WATERMELON ROW
COYANOSA TX 79730


MARK BENNETT
2100-40 KING ST., W.
TORONTO ON M5H 3C2
CANADA


MATHESON TRI-GAS
1545 W. WATKINS STREET
1545 W. WATKINS STREET
PHOENIX AZ 85007


MICHIGAN PURE POWER, LLC
THOMAS NICCOLI
3104 E. CAMELBACK RD., #923
PHOENIX AZ 85016

ZHRO POWER, LLC –


NAGESH KUKUNOOR
9820 E. THOMPSON PEAK PKWY, #825
SCOTTSDALE AZ 85255


NASAIRUDDIN JAMAL
3133 E. CLAREMONT
PHOENIX AZ 85016


NB PATEL LLC
59 W POWELL WAY
CHANDLER AZ 85248


NJ CLEANGEN SOLUTIONS, LLC
THEODORE CLAASEN
2901 E. CAMELBACK RD., #275
PHOENIX AZ 85016


NORMAC KITCHENS LIMITED
59 GLEN CAMERON RD.
THORNILL ON L3T 1N8
CANADA


NYMC CLEANGEN SOLUTIONS, LLC
THEODORE CLAASEN
2901 E. CAMELBACK RD., #275
PHOENIX AZ 85016


OKLAHOMA PURE POWER
TOM NICCOLI
3104 E. CAMELBACK RD., S-923
PHOENIX AZ 85016


ON SITE GAS SYSTEMS, INC.
DEBBIE PEREIRA
35 BUDNEY ROAD
NEWINGTON CT 06111


OTTEN JOHNSON ROBINSON NEFF + RAGONETTI
950 17TH STREET
950 17TH STREET
DENVER CO 80202


PERRY PAULEY
4920 W ELECTRA LN.
GLENDALE AZ 85310

ZHRO POWER, LLC –


PETER EMPEY
26840 CEDARHURST BCH RD.
BEAVERTON ON L0K 1A0
CANADA


PURE POWER FINANCIAL II, LLC SERIES A
TOM NICCOLI
3104 E. CAMELBACK RD., S-923
PHOENIX AZ 85016


RAWHIDE LEASING CO.
WALTER GODSIL
5135 SOLANO AVENUE
NAPA CA 94558


RAYMONDS CAPITAL LLC
5 MASON HILL ROAD
WARREN NJ 07059


ROADPOST USA INC.
4746 44TH AVE SW, SUITE 201
4746 44TH AVE SW, SUITE 201
SEATTLE WA 98116


ROBERT D. ISOM
3915 EUCLID AVE.
DALLAS TX 75205


ROBERT STEIN
3300 SAVANNAH PLACE
VERO BEACH FL 32963


ROCKWATER (FKA REEF SERVICES, LLC)
CHRISTOPHER DANIEL
515 POST OAK BLVD.
HOUSTON TX 77027


ROSOW, PAUL
7868 E. SANTA CATALINA DR.
SCOTTSDALE AZ 85255


SAIK MANAGEMENT GROUP, INC.
ROB SAIK
8 JESSUP AVE.
RED DEER ALBERTA T4P 3X1
CANADA

ZHRO POWER, LLC -


SILVERBLUE ROYALTIES INC. - KUTSCHERA
5705 UPPER BOOTH RD NORTH
KELOWNA BC V1X 7V7
CANADA


STELLAR OILFIELD RENTALS, LLC
DIANN DANNHAUS
PO BOX 22328
HOUSTON TX 77227


SUN COAST RESOURCES, INC.
GARY RICHARDSON(C2C RESOURCES)
6405 CAVALCADE ST.
HOUSTON TX 77026


SYLVIE DESROCHES
636 BRUSH GROVE
AURORA ON L4G 0L4
CANADA


SYNERGY POWER GEN., LLC, ET AL.
LAW OFFICE OF JEFF A. SHUMWAY
7729 E. GREENWAY RD.
SCOTTSDALE AZ 85260-1738


TANMAR RENTALS LLC
BRAD LARSON (GRAYSTONE PARTNERS)
P.O. BOX 1376
EUNICE LA 70535


TEXAS COMPTROLLER
PO BOX 13528
AUSTIN TX 78711-3528


THE CLEVELAND ELECTRIC LABORATORIES CO.,
KATHY MATHIES
361 S 52ND STREET
TEMPE AZ 85281


TRU STOP
1725 W. 10TH PL.
TEMPE AZ 85281

ZHRO POWER, LLC -


UPNY CLEANGEN SOLUTIONS, LLC
THEODORE CLAASEN
2901 E. CAMELBACK RD., #275
PHOENIX AZ 85016


VERSATILE INDUSTRIES
P.O. BOX 62608
MIDLAND TX 79711


WARREN POWER & MACHINERY, INC., DBA WARR
JOHN WANTLAND
10000 W 1-20
MIDLAND TX 79706


WATER HILL LLC
9820 E. THOMPSON PEAK PKWY, #825
SCOTTSDALE AZ 85255


ZEECO, INC.
JENNIFER JUNKERMEIER
22151 E 91ST STREET
BROKEN ARROW OK 74014